**Order entered July 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00545-CV

### STEPHEN RICHARD SELINGER AND NANCY L. DAIL, Appellants

### V.

### CITY OF MCKINNEY, TEXAS, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04150-2018**

## ORDER

Although directed to file written verification they had requested the reporter's record and cautioned that failure to comply by July 1, 2019 could result in the appeal being submitted without the reporter's record, appellants have failed to file the requested verification. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellants to file their opening brief no later than August 8, 2019.

/s/     BILL WHITEHILL
          JUSTICE